IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLAUDE RILEY                                                                        PLAINTIFF

VS.                                                                          No. 1:05CV255-D-D

GEORGIA PACIFIC CORPORTATION, ET. AL.                                              DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant Georgia-Pacific Corporation's motion to dismiss (docket entry 24) is GRANTED; and

(2) Plaintiff's claims against Defendant Georgia-Pacific Corporation are DISMISSED without prejudice.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 5th day of January 2006.

/s/ Glen. H. Davidson
Chief Judge