IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLAUDE RILEY                                                              PLAINTIFF

VS.                                                              No. 1:05CV255-D-D

GEORGIA PACIFIC CORPORTATION, ET. AL.                           DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant Honeywell International, Inc.'s motion to dismiss (docket entry 45) is GRANTED; and

(2) Plaintiff's claims against Defendant Honeywell International, Inc. are DISMISSED with prejudice.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 5th day of January 2006.

/s/ Glen. H. Davidson
Chief Judge