IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLAUDE RILEY                                                                    PLAINTIFF

VS.                                                                    No. 1:05CV255-D-D

GEORGIA PACIFIC CORPORTATION, ET. AL.                                  DEFENDANTS

<u>ORDER GRANTING MOTION TO DISMISS</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)    Defendant Foster Wheeler LLC's motion to dismiss (docket entry 46) is
       GRANTED; and

(2)    Plaintiff's claims against Defendant Foster Wheeler LLC are DISMISSED with
       prejudice.

All itemizations, declarations, and other materials considered by this Court in ruling on
this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 5th day of January 2006.


                                        /s/ Glen. H. Davidson
                                        Chief Judge