IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLAUDE RILEY                                                                                           PLAINTIFF

VS.                                                                                              No. 1:05CV255-D-D

GEORGIA PACIFIC CORPORTATION, ET. AL.                                              DEFENDANTS

ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Defendants' Ford Motor Company and General Motors Corporation motion to dismiss (docket entry 37) is GRANTED; and

(2)  Plaintiff's claims against Defendants Ford Motor Company and General Motors Corporation are DISMISSED with prejudice.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 4th day of January 2006.

/s/ Glen. H. Davidson
Chief Judge